

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
|---|---|---|
| Harold King a/k/a Harold Keene, | § | No. 08-16-00184-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 4 |
| Margo George, | § | of Travis County, Texas |
| Appellee. | § | (TC# C-1-CV-16-005327) |

**O R D E R**

Appellant, Harold King a/k/a Harold Keene, filed an affidavit of indigence, and no contest has been filed. Consequently, the allegations in the affidavit are deemed true and Appellant is entitled to proceed without payment of costs. The Appellant's brief is due to be filed on or before **September 22, 2016.**

IT IS SO ORDERED this 24th day of August, 2016.


PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.